RECEIVED
IN MONROE, LA

DEC 1 1 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| CLIFTON JAMES RICHARDSON | CIVIL ACTION NO. 08-0937 |
| VS. | JUDGE ROBERT G. JAMES |
| JUDGE C. WENDELL MANNING, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 47], and after an independent review of the record including the objections filed in the record [Doc. Nos. 53 & 58], and having determined that the findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motions to Dismiss [Doc. Nos. 19, 22, 25, 27, 29, & 30] are GRANTED, and Plaintiff Clifton James Richardson's ("Richardson") claims against Defendants David G. Sanders,[1] Wendell C. Manning, Southern University Board of Supervisors, Louisiana "State Police, its Commission, and Troopes A, B, and F," Debra Johnson, and Monroe Water Treatment Plant are DISMISSED WITH PREJUDICE for failing to state a claim on which relief may be granted.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Richardson's claims against Defendants Monroe City School System, Ouachita Parish School System, Central Oil & Supply Co., Christie Noland, Karen Wells Roby, D. Rubenstein, and Maple Thomas are DISMISSED WITH PREJUDICE, *sua sponte*, for failing to state a claim on which relief may be granted.

---

[1]Defendant David G. Sanders was erroneously named "G. Sanders" in Plaintiff's Complaint.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant Sandra Elliot's Motion to Set Aside Entry of Default and to Dismiss [Doc. No. 44] is GRANTED, the default entered on October 22, 2008 [Doc. No. 40] is SET ASIDE, and Richardson's claims against her are DISMISSED WITH PREJUDICE for failing to state a claim on which relief may be granted.

The Clerk of Court shall administratively close this matter.

MONROE, LOUISIANA, this 11 day of December, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE